UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 08 B 02924
    KENNETH WAYNE GENTHNER
    SANDRA LEE GENTHNER                              CHAPTER 13

                                                    JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-0010      SSN XXX-XX-1342

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 02/08/08 and confirmed on 04/18/08.

    2.   The case was converted to Chapter 7 after confirmation, 03/05/2009.

    3.   The Debtor paid a total of $  12915.00 .

    4.   The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | 11380.67 | 462.93 | 2632.07 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8127.53 | .00 | 796.08 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 17855.43 | .00 | 1748.91 |
| HARLEY DAVIDSON CREDIT | UNSECURED | 10512.58 | .00 | 1029.69 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| STATE OF MAINE REVENUE S | UNSECURED | 18979.49 | .00 | 1859.01 |
| ECAST SETTLEMENT CORP | UNSECURED | 15084.45 | .00 | 1477.50 |

            Summary of disbursements:
--------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 11380.67 | .00 | 70559.48 | .00 | 81940.15 |
| PRINCIPAL PAID | 2632.07 | .00 | 6911.19 | .00 | 9543.26 |
| INTEREST PAID | 462.93 | .00 | .00 | .00 | 462.93 |
| TOTAL PAID | 3095.00 | .00 | 6911.19 | .00 | 10006.19 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $  3500.00
and was paid $   1300.00  direct and $   2200.00  through the plan.

The Trustee received $    708.81 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/17/09                      /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

PAGE   2
CASE NO.  08 B 02924  KENNETH WAYNE  GENTHNER  &  SANDRA  LEE  GENTHNER